UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRANDON A. BACKE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 3:10-CV-388 |
| STEVEN LEBLANC, *et al*, | § § § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON October 3, 2012 at 8:30 AM**

**Appearance for Plaintiff**          **Appearance for Defendant**

Gene Nettles                          Norman R. Giles
Blake Runions

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | June 1, 2013 |
| Report furnished by: | June 1, 2013 |
| Defendant's experts to be designated by: | July 1, 2013 |
| Report furnished by: | July 1, 2013 |
| Discovery (fact) to be completed by: | April 1, 2013 |
| Dispositive motions due by: | April 30, 2013 |
| Docket call to be held in Houston, Tx. on: | September 9, 2013 at 11:30 a.m. |
| Estimated trial time: TBD | Jury |

The following rulings were made:

Pursuant to the judgment and mandate issued by the Fifth Circuit Court of Appeals, the defendants Steven LeBlanc and Charley Wiley are DISMISSED from this suit, without prejudice.

It is so ORDERED.

SIGNED on this 3rd day of October, 2012.

_____
Kenneth M. Hoyt
United States District Judge