IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRANDON A. BACKE, et al | § § | |
| Plaintiffs, | § § | NO. 3:10-CV-00388 |
| vs. | § § | JURY TRIAL |
| CITY OF GALVESTON, TEXAS, et al | § § | |
| Defendants. | § | |

FINAL JUDGMENT

This matter, having been tried to a jury and, upon consideration of the Jury's verdict, the controlling law, and the agreements of all parties, the Court finds that judgment in this matter should be rendered in favor all Defendants, in all capacities, and against all Plaintiffs on all claims. It is therefore;

**ORDERED, ADJUDGED and DECREED** that all Plaintiffs shall take nothing by way of their claims against any and all Defendants, in all capacities in which they were sued and that Judgment in this matter shall be, and hereby is, rendered and entered in favor of all Defendants. It is further;

**ORDERED** that all taxable costs of court are adjudged the party incurring the same.

**THIS IS A FINAL ORDER**

Entered this 10 day of October, 2014 at Houston, Texas

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE